1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-MJ-0111 AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| JASON HARLEY COSTA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jason COSTA, by and through his counsel Michael Petrik, Esq., that good cause exists to extend the preliminary hearing currently set for August 17, 2017, at 2:00 p.m. to August 18, 2017, pursuant to Rule 5.1(d) of the Federal Rule of Criminal Procedure

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defense counsel must review the initial production of discovery. Initial discovery has been produced by the government to counsel. In addition, the FBI Special Agent had to have minor surgery and therefore scheduling of the Grand Jury was moved in order to allow him time to recover. For these reasons, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him.

///

1 | The parties further stipulate that the ends of justice are served by the Court excluding time from August 17, 2017, to August 18, 2017, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs time to review discovery and effectively evaluate the posture of the case, and conduct investigation into any possible defenses he may have to the charges. Id. For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: August 14, 2017 /s/Jason Hitt
JASON HITT
Assistant U.S. Attorney

DATED: August 14, 2017 /s/Jason Hitt for Mr. Petrik
MICHAEL PETRIK, ESQ.
Counsel for defendant
Jason COSTA
Authorized to sign for Mr. Petrik
on August 8, 2017

**O R D E R**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Costa</u>, Case No. 2:11-MJ-0111 AC from August 17, 2017, to August 18, 2017, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded up to and including August 18, 2017.

**IT IS SO ORDERED.**

DATED: _August 15, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE