```
1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   CAMERON L. DESMOND
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00143 JAM |
|---|---|
| Plaintiff, | STIPULATION TO STAY RELEASE ORDER AND ORDER TO POST BOND AND TO SET BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| JASON COSTA, | DATE: December 19, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 27, 2017, Magistrate Judge Allison Claire granted the defendant, Jason COSTA's, motion for bail review and release. Judge Claire stayed the execution of the release order until December 1, 2017, and ordered that the defendant post bond by that date.

2. The government requests that the Court stay the release order and the order to post bond until the Court rules on the government's forthcoming motion under 18 U.S.C. § 3145(a)(1) to revoke the release order. The defendant does not object to the stay.

3. The parties stipulate and request that the court schedule the hearing on the motion for December 19, 2017, and set the following briefing schedule:

a) Government's motion: December 5, 2017

b) Defendant's response: December 12, 2017

c) Government's reply (if any): December 15, 2017.

4. The parties stipulate that the defendant requires this additional time to post the bond.

5. The parties further stipulate that the above hearing and briefing schedule satisfies the requirement that the motion to revoke be determined "promptly," 18 U.S.C. § 3145(a), and the defendant waives any challenge to the motion on that basis.

IT IS SO STIPULATED:

Dated: November 29, 2017                PHILLIP A. TALBERT
                                        United States Attorney


                                        /s/ CAMERON L. DESMOND
                                        CAMERON L. DESMOND
                                        Assistant United States Attorney


Dated: November 29, 2017                /s/ THOMAS JOHNSON
                                        THOMAS JOHNSON
                                        Counsel for Defendant
                                        Jason Costa

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of November, 2017.

                                        /s/ JOHN A. MENDEZ
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE