THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON COSTA,<br>Defendant. | Case No.: 2:17-cr-00143-JAM<br><br>STIPULATION AND ORDER FOR SETTING OF CHANGE OF PLEA<br><br>Date: August 14, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

## **STIPULATION**

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Jason Costa, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on August 14, 2018.
2. By this stipulation, defendant now moves to vacate the Status Conference and set the matter for Change of Plea on August 28, 2018, at 9:15 a.m. and to exclude time between August 14, 2018, and, August 28, 2018, under the Local Code T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because counsel for the defendant needs additional time to review the discovery, conduct investigation, and discuss a potential

1

resolution. Furthermore, defense counsel is unavailable on August 14, 2018, and needs to travel to New Mexico on for a client's grand jury subpoena.
   b. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   c. The Government does not object to the continuance.
   d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
   e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 14, 2018, to August 28, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE: August 8, 2018

                                        /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Jason Costa

DATED: August 8, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated: 8/8/2018

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge