THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:17-cr-143 JAM |
| ) | |
| Plaintiff, ) | DEFENDANT'S STIPULATION AND |
| v. ) | ORDER FOR CONTINUANCE OF J&S |
| ) | |
| JASON HARLEY COSTA, ) | Date:  December 4, 2018 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for December 4, 2018, is continued to March 12,

2019, at 9:15 a.m. in the same courtroom.   Defendant needs additional time to prepare

for sentencing.    The United States does not object to defendant's request for additional

time to prepare for sentencing. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                          March 12, 2019

Reply or Statement                                         March 5, 2019

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and               February 26, 2019
served on the Probation Officer and opposing
counsel no later than:

The Pre-Sentence Report shall be filed with
the court and disclosed to counsel no later            February 19, 2019
than:

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 12, 2019 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | January 29, 2019 |

The defendant Jason Harley Costa will make no additional motions or requests for bail prior to March 12, 2019.

**IT IS SO STIPULATED.**

DATED: November 15, 2018      By:    /s/ Thomas A. Johnson
                                                           THOMAS A. JOHNSON
                                                           Attorney for Jason Costa

DATED: November 15, 2018                      MCGREGOR W. SCOTT
                                                             United States Attorney

                                              By:    /s/ Jason Hitt
                                                             JASON HITT
                                                             Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**

DATED:   11/15/18

                                              /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                                  United States District Court Judge