THOMAS A. JOHNSON, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-143 JAM |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER FOR CONTINUANCE OF J&S |
| v. | |
| JASON HARLEY COSTA, | Date: March 12, 2019 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for March 12, 2019, is continued to May 7, 2019, at

9:15 a.m. in the same courtroom.   Probation has requested additional time to prepare the

PSR.    The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                              May 7, 2019

Reply or Statement                                                   April 30, 2019

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and              April 23, 2019
served on the Probation Officer and opposing
counsel no later than:

The Pre-Sentence Report shall be filed with
the court and disclosed to counsel no later         April 16, 2019
than:

Counsel's written objections to the Pre-
Sentence Report shall be delivered to the           April 2, 2019

Probation Officer and opposing counsel
no later than:

The Proposed Presentence Report Shall be          March 19, 2019
Disclosed to Counsel no Later Than:

**IT IS SO STIPULATED.**

DATED: March 4, 2019                    By:    /s/ Thomas A. Johnson
                                               THOMAS A. JOHNSON
                                               Attorney for Jason Costa

DATED: March 4, 2019                           MCGREGOR W. SCOTT
                                               United States Attorney

                                        By:    /s/ Jason Hitt
                                               JASON HITT
                                               Assistant United States Attorney

## ORDER

    **IT IS SO ORDERED.**

DATED:   3/4/2019


                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge