THOMAS A. JOHNSON, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-143 JAM |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER FOR CONTINUANCE OF J&S |
| v. | |
| JASON HARLEY COSTA, | Date: May 7, 2019<br>Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 7, 2019, is continued to August 13, 2019 at 9:15 a.m. in the same courtroom. Probation has requested additional time to prepare the PSR. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | August 13, 2019 |
| Reply or Statement | August 6, 2019 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | July 30, 2019 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 23, 2019 |

1

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 9, 2019 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | June 18, 2019 |

**IT IS SO STIPULATED.**

DATED: May 2, 2019     By:   /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Jason Costa

DATED: May 2, 2019           MCGREGOR W. SCOTT
                                      United States Attorney

                              By:   /s/ Jason Hitt
                                      JASON HITT
                                      Assistant United States Attorney

## **ORDER**

   **IT IS SO ORDERED.**

DATED:  5/2/2019


                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Court Judge