THOMAS A. JOHNSON, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-143 JAM |
| Plaintiff, | DEFENDANT'S STIPULATION AND |
| v. | ORDER FOR CONTINUANCE OF J&S |
| JASON HARLEY COSTA, | Date: August 13, 2019 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 13, 2019, is continued to September 10, 2019, at 9:15 a.m. in the same courtroom. The draft PSR has recently been filed and a continuance is needed so the parties can have sufficient time to make any objections. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | September 10, 2019 |
| Reply or Statement | September 3, 2019 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 27, 2019 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | August 20, 2019 |

1

| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 7, 2019 |
|---|---|

**IT IS SO STIPULATED.**

DATED: July 11, 2019				By:	/s/ Thomas A. Johnson
						THOMAS A. JOHNSON
						Attorney for Jason Costa

DATED: July 11, 2019					MCGREGOR W. SCOTT
						United States Attorney

					By:	/s/ Jason Hitt
						JASON HITT
						Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**

DATED: July 11, 2019				/s/ John A. Mendez
						HONORABLE JOHN A. MENDEZ
						United States District Court Judge