1 | THOMAS A. JOHNSON, SBN 119203
2 | KRISTY M. HORTON, SBN 271250
  | Law Office of Thomas A. Johnson
3 | 400 Capital Mall, Suite 2560
  | Sacramento, CA  95814
  | Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> JASON COSTA, <br>     Defendant. | Case No. 2:17-cr-00143-JAM <br><br> ORDER TO SEAL EXHIBIT <br><br> Date: TBD <br> Time: TBD <br> Judge: John A. Mendez |

### **ORDER**

Upon reading and considering the request to seal the document, <u>Exhibit A</u>, and good cause being shown, the Court hereby grants the request to seal the document.

IT IS SO ORDERED.

DATED:  October 28, 2020      /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE