McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00143-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| JASON COSTA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a renewed motion for compassionate release on October 30, 2020. Docket No. 83. The government's response is due on November 9, 2020, with any reply from the defendant due on November 13, 2020. Docket No. 85.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before November 13, 2020;

STIPULATION RE BRIEFING SCHEDULE                     1

b) The defendant's reply to the government's response to be filed on or before November 20, 2020.

IT IS SO STIPULATED.

Dated: November 9, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: November 9, 2020

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
JASON COSTA

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 83, is due on or before November 13, 2020;

b) The defendant's reply to the government's response, if any, is due on November 20, 2020.

IT IS SO FOUND AND ORDERED this 10th day of November, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE BRIEFING SCHEDULE         2