THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JASON COSTA,<br>　　　　　Defendant. | Case No. 2:17-cr-00143-JAM<br><br>STIPULATION AND ORDER |

## **STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a renewed motion for compassionate release on October 30, 2020. Docket No. 83.
2. Counsel for the defendant requests additional time to obtain relevant records and draft a reply. The government does not oppose the defendant's request.
3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:
    a) The defendant's reply to the defendant's motion to be filed on or before December 1, 2020.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: November 19, 2020 | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Jason Costa |
| DATED: November 19, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |

## **ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction and orders defendant's reply is due, if any, on December 1, 2020.

IT IS SO ORDERED.

DATED: November 19, 2020      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE